Sheri M. Thome
Nevada Bar No. 008657
I-Che Lai
Nevada Bar No. 12247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
sheri.thome@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant Las Vegas Valley Water District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA BUNDY;<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:17-cv-02936-RFB-(PAL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Linda Bundy and Defendant Las Vegas Valley Water District hereby stipulate and agree that the time in which Defendant may answer or otherwise respond to the Complaint be extended until March 2, 2018. The Complaint alleges "illegal employment discrimination[] and retaliation resulting in [Plaintiff's] discharge based on her race (African American), color (black), sex/gender (female), and age (53)." (ECF No. 1 ¶ 5.) The Complaint further alleges retaliation based on Plaintiff's reporting of unlawful practices within Defendant's business. (*Id.* ¶ 13.) Defendant needs additional time to investigate these allegations and to prepare a responsive pleading or motion. Therefore, good cause exists for the requested extension. In making this stipulation, the parties each

. . .

. . .

. . .

. . .

1262897v.1

do not waive any of their respective legal or procedural rights, which are hereby preserved.

Dated this 16th day of February, 2018.

CALLISTER & ASSOCIATES

_/s/ Mitchell S. Bisson_
Matthew Q. Callister
Nevada Bar No. 1396
Mitchell S. Bisson
Nevada Bar No. 11920
330 East Charleston Boulevard, Suite 100
Las Vegas, NV 89104
Telephone: (702) 333-3334
Attorneys for Plaintiff

Dated this 16th day of February, 2018.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_/s/ I-Che Lai_
Sheri M. Thome
Nevada Bar No. 8657
I-Che Lai
Nevada Bar No. 12247
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Attorneys for Defendant Las Vegas Valley Water District

**ORDER**

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, it is hereby ordered and adjudged:

1. The time in which Defendant may answer or otherwise respond to the Complaint shall be extended until March 2, 2018; and

2. The Parties' respective legal or procedural rights are hereby preserved.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _February 21, 2018_____

Page 2 of 2

1262897v.1