# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA BUNDY, | Case No. 2:17-cv-02936-RFB-PAL |
| Plaintiff(s), | |
| v. | **ORDER** |
| LAS VEGAS VALLEY WATER DISTRICT, | (Docket No. 12) |
| Defendant(s). | |

Pending before the Court is Defendant's motion for an exception to the attendance requirements at the early neutral evaluation. Docket No. 12. Plaintiff does not oppose the motion. *See* Docket No. 13 (requiring any opposition be filed by March 19, 2018); *see also* Local Rule 7-2(d). For good cause shown, the motion is **GRANTED** in that the insurance representative need not attend the early neutral evaluation in person, but must be available by telephone if necessary for the duration of the early neutral evaluation.

IT IS SO ORDERED.

Dated: March 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge