MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 011920
**CALLISTER LAW GROUP**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel No.: (702) 333-3334
Fax No.: (702) 385-2899
Email: mqc@callcallister.com
       mbisson@callcallister.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LINDA BUNDY,<br><br>　　　　Plaintiff<br>vs.<br><br>LAS VEGAS VALLEY WATER DISTRICT, DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants | CASE NO.: 2:17-cv-02936-RFB-PAL<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF LINDA BUNDY'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Hearing Date: February 12, 2019<br><br>Hearing Time: 9:30 a.m. |

**THE PARTIES HEREBY STIPULATE AND AGREE** by and between Plaintiff LINDA BUNDY, by and through counsel of record Matthew Q. Callister, Esq. and Mitchell S. Bisson, Esq., of the Callister Law Group, and Defendant LAS VEGAS VALLEY WATER DISTRICT, by and through counsel of record Sheri M. Thome, Esq., and I-Che Lai, Esq., of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, to continue the upcoming hearing on Plaintiff Linda Bundy's Motion for Leave to Amend Complaint currently set for February 12, 2019at 9:30 AM in LV Courtroom 3B before Magistrate Judge Peggy A. Leen for Three (3) weeks should the Court's schedule permit, or any date and time as the Court may be available after March 5, 2019.

This request is to continue is hearing on Plaintiff Linda Bundy's Motion for Leave to Amend Complaint is made due to limited availability from Plaintiff's counsel in the upcoming

weeks after careful con sideration of the upcoming deadlines and motions currently on calendar it is hereby Stipulated to continue the upcoming set for February 12, 2019 at 9:30 for Three (3) weeks.

DATED this 6th day of February, 2019.    DATED this 6th day of February, 2019.

**CALLISTER LAW GROUP**    **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Matthew Q. Callister    /s/ Sheri M. Thome, Esq.
**MATTHEW Q. CALLISTER, ESQ**    **SHERI M. THOME, ESQ.**
Nevada Bar No. 001396    Nevada Bar No. 008657
**MITCHELL S. BISSON, ESQ.**    **I-CHE LAI, ESQ.**
Nevada Bar No. 011920    Nevada Bar No. 012247
330 E. Charleston Blvd., Suite #100    300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89104    Las Vegas, Nevada 89101
*Attorneys for Plaintiff*    *Attorneys for Defendant Las Vegas Valley Water District*

**ORDER**

Based on the foregoing Stipulation and for good cause the Court makes the following order:

IT IS HERBY ORDERED that the hearing previously set for February 12, 2019 at 9:30 a.m. be continued to the 12th day of March, 2019 at the hour of 9:30 a.m.

IT IS SO ORDERED by this Court on this 8th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE