Sheri M. Thome, Esq.
Nevada Bar No. 8657
I-Che Lai, Esq.
Nevada Bar No. 12247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: (702) 727-1400; Fax: (702) 727-1401
Sheri.Thome@wilsonelser.com
I-Che.Lai@wilsonelser.com
*Attorneys for Defendant*
*Las Vegas Valley Water District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA BUNDY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X inclusive;<br><br>　　　　　Defendant. | Case No.   2:17-cv-02936-RFB-BNW |

### DEFENDANT LAS VEGAS VALLEY WATER DISTRICT'S MOTION TO EXTEND THE DEADLINE TO FILE THE AMENDED JOINT PRE-TRIAL ORDER

**(First Request)**

Pursuant to Local Rule IA 6-1, Defendant Las Vegas Valley Water District (the "District") respectfully move to extend the October 13, 2020 deadline to file the amended joint pre-trial order. This is the first request.

An extension of the deadline is necessary to account for the unavailability of Plaintiff's lead counsel, Matthew Callister. Mr. Callister has recently gone on inactive status and does not appear to be involved in this case in the foreseeable future. Since this Court issued its minute order denying the parties' joint pre-trial order, (ECF No. 64), Defendant has had difficulty reaching Plaintiff's new

1

1657526v.1

1  lead counsel to discuss the amended joint pre-trial order. Defendant needs additional time to prepare
2  a joint pre-trial order with Plaintiff's new lead counsel. Accordingly, this Court should grant
3  Defendant's motion and extend the deadline to file the amended joint pre-trial order to November
4  13, 2020.

        Dated: October 13, 2020

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Sheri M. Thome*
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    I-Che Lai, Esq.
    Nevada Bar No. 012247
    6689 Las Vegas Boulevard South, Suite 200
    Las Vegas, NV 89119
    *Attorneys for Defendant*
    *Las Vegas Valley Water District*

**IT IS SO ORDERED**

DATED: October 14, 2020

_____
UNITED STATES DISTRICT JUDGE

16575

# **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 13th day of October, 2020, I served a true and correct copy of the foregoing **DEFENDANT LAS VEGAS VALLEY WATER DISTRICT'S MOTION TO EXTEND THE DEADLINE TO FILE THE AMENDED JOINT PRE-TRIAL ORDER (First Request)** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

- ☐ via hand-delivery to the addressees listed below;

- ☐ via facsimile;

- ☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

BY: */s/ Lani Maile*
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3

1657526v.1