Sheri M. Thome, Esq.
Nevada Bar No. 8657
I-Che Lai, Esq.
Nevada Bar No. 12247
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: (702) 727-1400; Fax: (702) 727-1401
Sheri.Thome@wilsonelser.com
I-Che.Lai@wilsonelser.com
*Attorneys for Defendant*
*Las Vegas Valley Water District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA BUNDY,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X inclusive;<br><br>Defendant. | Case No. 2:17-cv-02936-RFB-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Defendant Las Vegas Valley Water District (the "District"), by and through its counsel of record, Sheri M. Thome, Esq. and I-Che Lai, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff Linda Bundy, by and through her counsel of record, Mitchell Bisson, Esq. of the Law Offices Of Mitchell S. Bisson, hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this

/ / /

/ / /

/ / /

/ / /

/ / /

1

254645126v.1

action. FRCP 41(a)(1)(ii). This dismissal includes all claims, cross-claims and counterclaims actually asserted or that could have been asserted by the parties hereto.

Dated this 8th day of June, 2021.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ Sheri Thome_____
Sheri Thome, Esq.
Nevada Bar No. 08657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Defendant*
*Las Vegas Valley Water District*

Dated this 8th day of June, 2021.

LAW OFFICE OF MITCHELL S. BISSON

/s/ Mitchell Bisson_____
Mitchell Bisson, Esq.
Nevada Bar No. 011920
911 N Buffalo Dr., Suite 201
Las Vegas, NV 89128
Telephone: (702) 602-4990
Facsimile: (702) 825-8225
Email: MBisson@BissonLegal.com
*Attorneys for Plaintiff*
*Linda Bundy*

## **ORDER**

Upon stipulation of the parties and for good cause shown, the above-captioned action, including all claims, cross-claims and counterclaims actually asserted or that could have been asserted, is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 8th day of June, 2021.

254645126v.1